Learie A. DALY, Petitioner–Appellant,

v.

Louis CROCETTI, District Director, Immigration and Naturalization Services, Respondent–Appellee.

No. 03–6103.

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2003.

Decided May 19, 2003.

Learie A. Daly, Appellant Pro Se.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Learie Daly appeals the district court's order dismissing the request for de novo review of the denial of his application for citizenship. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Daly v. Crocetti,* No. CA–02–4173–AMD (D.Md. Dec. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*